## TONEY v. STATE.

(Decided November 19, 1915.)

APPEAL from Russell Circuit Court.

Heard before Hon. M. SOLLIE.

GLENN & DE GRAFFENRIED, for appellant. R. C. BRICK-ELL, Attorney General for State.

Per curiam. Errors confessed. Reversed and remanded.

---

## WADSWORTH, ET AL. v. WADSWORTH.

(Decided May 14, 1914.)

APPEAL from Autauga Chancery Court.

Heard before Hon. W. W. WHITESIDE.

EUGENE BALLARD, and P. E. ALEXANDER, for appellant. LETCHER, McCORD & HAROLD, for appellee.

Per curiam. Appeal dismissed by appellant.

---

## EX PARTE J. R. KILGORE & SON.

(Decided February 11, 1915.)

CERTIORARI to Court of Appeals.

BANKHEAD & BANKHEAD, for appellant. DAVIS & FITE, and PERCY, BENNERS & BURR, for appellee.

GARDNER, J.—Ceriorari to Court of Appeals to review decision of that court in *Ill. Cent. R. R. Co. v. Kilgore & Son*, 12 Ala. App. 358, 67 South. 707. Writ denied.

All the Justices concur.